FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

01 MAY 29 PM 12: 45

U.S. DISTRICT COURT
N.D. OF ALABAMA

CYNTHIA GRESSETT, et al.,          }
                                   }
        Plaintiffs,                }
                                   }        CIVIL ACTION NO.
v.                                 }
                                   }        CV-01-AR-0215-S
GOLDOME CREDIT CORPORATION,        }
et al.,                            }
                                   }
        Defendants.                }
                                   }

ENTERED

MAY 29 2001

## ADDENDUM TO MEMORANDUM OPINION

Upon re-reading the memorandum opinion entered on May 25, 2001, in the above-entitled cause, a reason for denying class certification occurred to the court that was not included in the opinion. Believing that this previously unarticulated reason is worth mentioning, the court offers this brief addendum.

Although jurisdiction in this court is premised on the existence of a federal question based on the RICO count, there are pendent claims of state law fraud. Each individual plaintiff's fraud claim is governed by the law of the state in which that person resided and in which the alleged acts of fraud occurred. Because the named plaintiffs live in five different states and the members of the putative class are not even limited to those states, the applicable fraud statutes of limitations will be individualized by state. The same is true of the legal requirements respecting detrimental or justifiable reliance by the allegedly defrauded persons on the fraud. A jury trial of such highly individualized

factual and legal issues, involving the substantive laws of five or more different states, would make class treatment not only unwieldy and difficult to manage, but virtually impossible.

DONE this _29ᵗʰ_ day of May, 2001.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE